# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Court Administrator * Clerk of Court

299 East Broward Boulevard
Fort Lauderdale, Florida 33301
(954)769-5403

May 15, 2008

FILED BY _____ D.C.

MAY 27 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
1225 E. BARRETT PRETTYMAN
UNITED STATES COURTHOUSE
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001
202-354-3000
IN RE: USA vs. JONATHAN WRIGHT
Our Case No: 08-6196-SELTZER
Your Case No: 08-CR-110

Dear Fellow Clerk:

Please find enclosed our original Magistrate file and a copy of the docket sheet which is being transferred to your jurisdiction pursuant to an Order of Removal (Rule 40). Any cash bond which may have been posted will be forwarded at a later date from the Financial Section of this District.

Please acknowledge receipt on the copy of this letter.

Respectfully,

STEVEN M. LARIMORE
COURT ADMINISTRATOR/CLERK OF COURT

by: _____
Aaron Tijerino, Deputy Clerk

Receipt acknowledged by: *Linda Pugh*

Print Name: Linda Pugh

Title: Deputy Clerk

Date: 5-19-08

**RECEIVED**

MAY 19 2008

Clerk, U.S. District and
Bankruptcy Courts

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*